UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSE MENDOZA,
on behalf of himself and
other similarly situated laborers
employed by Defendants,

                              Plaintiff,

- against -

POLAR BEAR MECHANICAL,
INC., POLAR BEAR COOLING,
INC., and RICHARD SORIANO,
individually,

                             Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL**

15-cv-01491 (SJ) (JO)

**ECF CASE**

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

      IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 30, 2015

_____
Jacob Aronauer
Attorney for Plaintiff
The Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007
(212) 323-6980

_____
Gregg A. Pinto
Attorney for Plaintiff
The Law Offices of Gregg A. Pinto
225 Broadway, Suite 307
New York, New York 10007
(646) 328-2434

_____
Suzanne Harmon Ziskin
Attorney for Defendants
The Ziskin Law Firm, LLP
6268 Jericho Turnpike, Suite 12A
Commack, New York 11725
(631) 462-1417

SO ORDERED
on this __3__ day of __December__ 2015

/s/ USDJ JOHNSON
STERLING JOHNSON, JR., SENIOR U.S.D.J.